

CV23-01867-PHX-SRB--ESW

## Certificate of Notary

Lizette A. Valenzuela
Perryville San Carlos Unit
B1-5 Upper
P.O. Box 3700
Goodyear, AZ 85338

Lizette Amalia Valenzuela
(Full Name Plaintiff)

John Doe @ fault driver
Progressive Claim # 21-7831817
Claims Adjuster Stephanie Tibble, 623-299-4727
Claims Adjuster Nadia Ulrich, 520-918-8651
Email: Stephanie_Tibble@progressive.com
Email: nnegret1@progressive.com

This shall act as a legal and binding Notice of Claim lawsuit preserving my rights on 2 year statue of limitations. On or about 8/30/21 Insured John Doe listed caused numerous vehicles to crash and totaled my Cadillac STS.5 and caused me bodily injuries to neck, back, right knee. I'm seeking damages in the amount of $35,000.00. I tried to res but no response, he needs to be held accountable. Thanks

Lizette A. Valenzuela
Signature

On the 29 day of August, 2023 before me personally came Lizette A. Valenzuela, whose identity is known to me by her Department of Corrections ID card and who executed the foregoing instrument and acknowledged to me that she executed the same.

State of Arizona    )

                    ) SS.

County of Maricopa )

Subscribe and sworn (or affirmed) before me this 29 day of August, 2023

DWAYNE LEBARON RUSSELL
Notary Public - Arizona
MARICOPA COUNTY
Commission # 587447
Expires June 3, 2024

Dwayne Lebaron Russell
Notary Public

(seal)

TO: John Doe,

I would like you to know that as a victim of your negligence it has caused me tremendes stress and extreme anxiety to the point that I require medication to deal with not being able to excersise and work & do physical activities like I once did prior to this accident I now required Physical therapy pain meds and shot injections in my back to function daily I feel you should be held accountable for what you have caused and emotionally I cant even began to explain what you have literally impacted my life 4-EVER

The victim: Lizette Valenzuela

# Marchetti Wood

177 N. Church Avenue, Suite 1100
Tucson, AZ 85701
520-334-2067
www.yourtucsonlawfirm.com

Brian Marchetti
brian@yourtucsonlawfirm.com

Lance J. Wood
lance@yourtucsonlawfirm.com

Courtney Holbrook
courtney@yourtucsonlawfirm.com

August 1, 2023

ASPC Perryville, San Carlos Unit
LIZETTE VALENZUELA 358112
PO Box 3700
Goodyear, AZ 85338

Re:   August 31, 2023 Motor Vehicle Accident

Dear Lizette,

I have been trying to reach you for some time to remind you of the upcoming two-year statute of limitations for the August 31, 2023 motor vehicle collision in which you were a passenger. While I did investigate the matter on your behalf, you never formally retained me to represent you. As such, I am not filing a lawsuit on your behalf to preserve the two-year statute of limitations, which is approaching. You must either resolve/settle your claim or file a lawsuit before the two-year anniversary or you will forever lose your right to recover any funds for the collision from the at-fault driver or from any applicable insurance policies.

As a reminder, there may be a policy through Progressive which may afford insurance coverage for the collision. Here is the contact information I have for Progressive.

Progressive Claim: 21-7831817
Nadia Ulrich
339 E. Germann Road, Ste 101
Gilbert, AZ 85297
Office: 520-918-8651/ Fax: 844-268-4717
Email: nnegret1@progressive.com

I am letting Progressive know I do not represent you for the collision and am not filing a lawsuit on your behalf.

Sincerely,

MARCHETTI WOOD

Brian Marchetti

# Marchetti Wood

177 N. Church Avenue, Suite 1100
Tucson, AZ 85701
520-334-2067
www.yourtucsonlawfirm.com

Brian Marchetti
brian@yourtucsonlawfirm.com

Lance J. Wood
lance@yourtucsonlawfirm.com

Courtney Holbrook
courtney@yourtucsonlawfirm.com

August 11, 2023

ASPC Perryville, San Carlos Unit
LIZETTE VALENZUELA 358112
PO Box 3700
Goodyear, AZ 85338

Re:   August 30, 2023 Motor Vehicle Accident

Dear Lizette,

I received your letters dated August 3 and 4, 2023. I do not represent you for the car accident claim and I am not able to represent you related to your father's estate. I did speak with the Progressive adjuster who is handling your claim on August 9, 2023 and she indicated you sent Progressive a letter directly attempting to settle your claim. I forwarded that claims adjuster the enclosed AHCCCS lien information in the event you are able to resolve your claim. The claims adjuster is Stephanie Tibble, and her phone number is 623-299-4727. Her email address is stephanie_tibble@progressive.com.

Please note the collision occurred on August 30, 2021 and not August 31, as I incorrectly indicated in my previous letter. You must resolve/settle your claim with Progressive or file a lawsuit against the at-fault driver prior to the two-year anniversary of the collision or you will forever lose your right to pursue money damages relating to that collision. Thank you.

Sincerely,

MARCHETTI WOOD

Brian Marchetti

Enclosure

**THE**
**RAWLINGS**
**COMPANY**LLC
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

February 08, 2023

Mr. Brian Marchetti
Marchetti Law, PLLC
177 N. Church Ave., Ste. 1100
Tucson, AZ 85701

**Our Reference No.: 131743160**
Date of Loss: 08/30/2021
Your Number:
Your Client:

Re:   Our Client: Arizona Complete Health - Complete Care Plan
Patient: Lizette A Valenzuela

## Notice of Medicaid Managed Care Claim

Dear Mr. Marchetti:

Arizona Complete Health - Complete Care Plan has a claim for any medical benefits provided pursuant to a Medicaid Managed Care plan and paid on behalf of Lizette A Valenzuela related to the above noted incident. This claim applies to any recovery, whether by judgment, settlement or payment, from a variety of sources.

The Arizona Health Care Cost Containment System ("AHCCCS")—the agency responsible for the state's Medicaid program—has contracted with Arizona Complete Health - Complete Care Plan to administer the Medicaid Managed Care plan that provided benefits in this matter. Under A.R.S. § 12-962, Arizona Complete Health - Complete Care Plan is subrogated "to any right or claim" Lizette A Valenzuela has against the responsible party.

Likewise, pursuant to A.R.S. § 36-2903.F, Client is assigned the "rights to all types of medical benefits to which the person is entitled, including first party medical benefits under automobile policies[.]" Arizona Complete Health - Complete Care Plan has a right of subrogation against any person or firm to enforce the assignment of medical benefits, and the provisions of A.R.S. § 36-2903.F control over any inconsistent insurance policy provisions.

As the patient's representative, you are bound to cooperate with the plan's efforts to recover the full amount of the expenses allowable. This includes providing the information included on the attached form, and notifying the plan before any potential settlement or judgment. Please complete the enclosed information form and return it to The Rawlings Company.

Sincerely,

*Sarah Zech* (signature)

Sarah A. Zech | Subrogation Recovery Analyst
PH: 502-814-2027 | FAX: 502-272-6031
SAZ@rawlingscompany.com

**Arizona Complete Health - Complete Care Plan**

The Rawlings Company

Wednesday, February 08, 2023 01:51 PM

Patient's Name: Lizette A Valenzuela

Member's Name: Lizette A Valenzuela

File Number: 22HSC1200010

Make Checks Payable To:
The Rawlings Company LLC
Attn: Sarah A. Zech
PO Box 2000
La Grange, KY 40031

Paid Amount Subject to Change:
Please Call 502-814-2027 for final paid amount

Representative: Sarah A. Zech

| Trmt. Date In | Trmt. Date Out | Claim No | Provider | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount | Remaining Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2021 | 09/09/2021 | U258HAE25951 | DAVID STEVENS | M54.5 | Low back pain | 99213 | OFFICEOUTPT VISIT EST EXP PROB | $120.00 | $49.33 | $49.33 |
| 10/07/2021 | 10/07/2021 | U288HAE17820 | DAVID STEVENS | M25.561 | Pain in right knee | 99215 | OFFICEOUTPT VISITESTHIGH COMPLEX | $240.00 | $102.08 | $102.08 |
| 11/03/2021 | 11/03/2021 | U312HAE25650 | DAVID STEVENS | M54.50 | Low back pain unspecified | 99214 | OFFICEOUTPT VISIT EST DETAILED | $170.00 | $73.12 | $73.12 |
| 12/03/2021 | 12/03/2021 | V020HAP00419 | ALEXANDER BROOM | M25.561 | Pain in right knee | 99281 | EMERGENCY DEPT VISIT PROB FOC | $268.00 | $19.96 | $19.96 |
| | | | | | | | | $798.00 | $244.49 | $244.49 |

Please write this number on your check:
22HSC1200010

1

Tax Id Number: 31-1563156

# ARIZONA DEPARTMENT OF CORRECTIONS

## Legal/Emergency Telephone Call Request

NOTE: This form to be placed in inmate's institution file upon completion.

| Field | Value |
|---|---|
| INMATE NAME (Last, First M.I.) | Valenzuela, Dizette |
| ADC NUMBER | 358102 |
| UNIT/BUILDING/POD/ROOM | B4-5 upper |
| TIME | 3:20 |
| NAME OF PERSON TO BE CALLED | Nadia Ulrich  claim # 21783,817 |
| DATE AND TIME (requested to make call) | 8/8/23 |
| RELATIONSHIP | Insurance adjuster Progressive |
| HOME TELEPHONE NUMBER | 520-987-8651 |
| Why is it necessary to make this telephone call instead of using the mail? | Statues expiring on 8/31/23 if I don't speak to her Thank you |
| INMATE SIGNATURE | D. Valenzuela |
| DATE | 8/8/23 |

☐ Information/telephone number verified and accurate as evidenced by records, inmate file, etc.

☐ Information inaccurate/not verified

Comments:

TELEPHONE CALL IS:
☐ Approved  ☒ Disapproved

Comments: use U.S. mail

AUTHORIZED SIGNATURE: [signature]
DATE: 8/18/23

☐ Call Attempted  ☐ Call Accepted  ☐ Call Refused

CALL BEGAN AT ____ hrs.
CALL TERMINATED AT ____ hrs.

Comments:

If recall attempts are necessary, note them in the comment section as well as acceptance/refusal and other comments.

SIGNATURE OF STAFF INITIATING CALL: 
DATE (mm/dd/yyyy):

915-2(e)
4/21/08

# ARIZONA DEPARTMENT OF CORRECTIONS
## Legal/Emergency Telephone Call Request

NOTE: This form to be placed in inmate's institution file upon completion.

B15-U

| INMATE NAME (Last, First M.I.) | ADC NUMBER | UNIT/BUILDING/POD/ROOM | TIME |
|---|---|---|---|
| Valenzuela, Lizette | 358112 | San Carlos | 7:01 pm |

| NAME OF PERSON TO BE CALLED | DATE AND TIME (requested to make call) |
|---|---|
| Stephanie Tibble | 8/14/23 7:01 pm |

| RELATIONSHIP | HOME TELEPHONE NUMBER |
|---|---|
| Progressive Insurance Adjuster | 623-299-4727 |

Why is it necessary to make this telephone call instead of using the mail?
**Statue of limitations are expiring**

INMATE SIGNATURE: Lizette A. Valenzuela
DATE: 8/14/23

☐ Information/telephone number verified and accurate as evidenced by records, inmate file, etc.
☐ Information inaccurate/not verified

Comments:

TELEPHONE CALL IS:
☐ Approved  ☒ Disapproved

Comments: **Use U.S. Mail**

AUTHORIZED SIGNATURE: [signature]
DATE: 8/18/23

☐ Call Attempted  ☐ Call Accepted  ☐ Call Refused
CALL BEGAN AT ____ hrs.
CALL TERMINATED AT ____ hrs.

Comments:

If recall attempts are necessary, note them in the comment section as well as acceptance/refusal and other comments.

SIGNATURE OF STAFF INITIATING CALL:
DATE:

915-2(e)
4/21/08