KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lizette Amelia Valenzuela, | No.   CV-23-01867-PHX-SRB (ESW) |
| Plaintiff, | |
| v. | **ORDER** |
| John Doe, | |
| Defendant. | |

Plaintiff Lizette Amelia Valenzuela, who is confined in the Arizona State Prison Complex-Perryville, has filed a pro se Letter (Doc. 1) that the Clerk of Court filed as a Complaint to facilitate its consideration. Plaintiff has not paid the filing fee or filed an Application to Proceed In Forma Pauperis. The Court will dismiss this action for lack of jurisdiction.

Plaintiff claims that on August 30, 2021, Defendant Doe "caused numerous vehicles to crash and totaled [her] Cadillac STS 5 and caused . . . injuries to [her] neck, back, [and] right knee." The insurance information associated with the driver lists an Arizona address. Plaintiff seeks $35,000 in damages.

Federal courts have limited jurisdiction, and limitations on the court's jurisdiction must neither be disregarded nor evaded. *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 374 (1978). Rule 8(a) of the Federal Rules of Civil Procedure requires that "[a] pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . ." The Court is obligated to determine sua sponte

whether it has subject matter jurisdiction. *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004).

In general, federal district courts have original jurisdiction over all civil actions "arising under the Constitution, laws, or treaties of the United States" and over civil actions where the amount in controversy exceeds $75,000 and the action is between "citizens of different States." *See* 28 U.S.C. §§ 1331, 1332(a)(1). Plaintiff has failed to identify any United States law, treaty, or constitutional provision authorizing her lawsuit. And it is unclear whether Plaintiff and Defendant are both citizens of Arizona. However, even if Plaintiff and Defendant are citizens of different states, the amount in controversy is less than $75,000. Accordingly, the Court lacks jurisdiction to hear Plaintiff's claims and the Court will dismiss this case.[1]

**IT IS ORDERED** the Complaint (Doc. 1) is **dismissed without prejudice** for lack of jurisdiction and the Clerk of Court must enter judgment accordingly.

Dated this 16th day of November, 2023.

_____
Susan R. Bolton
United States District Judge

---

[1] Plaintiff should note that her claims may be filed in the *state* superior court for the county in which the accident occurred.