1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9    Lizette Amelia Valenzuela,

10                    Plaintiff,

11    v.

12    Unknown Party,

13                    Defendant.

14

NO. CV-23-01867-PHX-SRB (ESW)

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

15    **Decision by Court.**  This action came for consideration before the Court.  The
16    issues have been considered and a decision has been rendered.

17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed
18    November 16, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the
19    complaint and action are dismissed without prejudice for lack of jurisdiction.

20                                        Debra D. Lucas
21                                        District Court Executive/Clerk of Court

22    November 16, 2023

23                                        s/ S. Ferdig
                              By    Deputy Clerk
24
25
26
27
28